IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-50 Erie |
| ) | |
| JOHN JOSEPH PRICE, JR. ) | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: John Joseph Price, Jr., Inmate Number 492755, Year of Birth: 1968, Caucasian, Male.

2. Detained by: Lorain Correctional Institution, 2075 South Avon Belden Road, Grafton, Ohio 44044.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 841(c)(1) and 846.

4. Detainee is presently confined in the Lorain Correctional Institution, Grafton, Ohio, serving a sentence on a state charge.

5. The above case is set for an initial appearance at Erie, Pennsylvania on October 28, 2005, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of trial on federal charges.

6. The Warden of the Lorain Correctional Institution, Grafton, Ohio has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-reference case, said detainee shall be returned to the above-named custodian.

October 13, 2005                    s/Susan Paradise Baxter
DATE                                UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney