## RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| John Joseph Price, Jr. | CRIMINAL DOCKET NUMBER: CR 04-50 Erie |
| | DATE OF INDICTMENT: November 9, 2004 |
| | STATUTE: 21:841(a)(1) & 841(b)(1)(C) |

DATE ARRESTED: October 28, 2005

### INITIAL APPEARANCE

Before Magistrate:
- [ ] SENSENICH
- [ ] MITCHELL
- [ ] HAY
- [ ] CAIAZZA
- [X] BAXTER
- [ ] PESTO

Date: 10/28/05
Time: 10:00 a.m.
Casette Tape #:
Tape Index:

Reporter: Ron Bench

U.S. ATTORNEY: Christian A. Trabold, Esq.

1. RIGHTS EXPLAINED ✓

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [✓] Read
   - [✓] Summarized
   - [ ] Reading waived
   - [✓] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [✓] Read
   - [✓] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [✓] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [✓] Affidavit executed.
   - [ ] Not Qualified
   - [✓] Qualified
   - [ ] with possible requirement for partial or full payment
   - [✓] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   Recommended Bond: _____
   Bond Set at:
   - [ ] By Consent
   - [✓] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued
   - [✓] Additional Conditions Imposed: *To be reconsidered if released prior to trial on these charges*
   - [ ] Final Commitment issued
   
   Bond Review Hearing Set For: _____
   Detention Hearing Set For: _____

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   Preliminary Exam/Rule 40/Arraignment set for: 11/2/05    Before Magistrate: Baxter

ADDITIONAL COMMENTS: 10:00 a.m.