IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
         VS.                ) CR. NO. 04-50 ERIE
                            )
JOHN JOSEPH PRICE, JR.      )

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT:   November 2, 2005

2. DEFENDANT IS:          _X_ INCARCERATED
                          ___ ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED WITHIN TEN (10) DAYS.

5. A RULE 16 CONFERENCE:  ___ HAS BEEN HELD
                          _x_ HAS NOT BEEN HELD

6. DISCOVERY IS:          _x_ COMPLETED
                          ___ NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:   _x_ JURY
                                             ___ NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   ___ HAS BEEN SCHEDULED FOR TRIAL _____
       BEFORE U.S. DISTRICT JUDGE SEAN J. McLAUGHLIN
   _x_ HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME:_____

10. OTHER:_____

                                    s/Susan Paradise Baxter
                                    SUSAN PARADISE BAXTER
                                    Chief United States Magistrate Judge