IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Criminal No. 04-50 | Erie |
| | ) | | |
| JOHN JOSEPH PRICE, JR. | ) | **(Under Seal)** | |

## ARRAIGNMENT PLEA

Defendant John Joseph Price, Jr. being arraigned, pleads _not guilty_ in open Court this _2nd_ day of _November_, 2005

_____
(Defendant's Signature)

_____
(Attorney for Defendant)