IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
    v. ) Criminal No. 04-50 Erie
)
JOHN JOSEPH PRICE, JR. )

### ORDER OF COURT

AND NOW, to-wit, this ____ day of December, 2005, upon consideration of the within Motion for Extension of Time to File Pretrial Motions and to Continue Trial Date, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to enable counsel for the defendant to adequately investigate and prepare pretrial motions.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **January 18, 2006.** Trial in the above matter is rescheduled for the **March 13, 2006** term of court.

_____
Sean J. McLaughlin
United States District Judge