IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) Criminal No. 04-50 Erie |
| | ) |
| JOHN JOSEPH PRICE, | ) |
| Defendant. | ) |

## NOTICE

PLEASE TAKE NOTICE that a **Suppression Hearing** on the above-entitled case has been scheduled for **February 16, 2006** at **1:30 p.m.** before the Honorable Sean J. McLaughlin, in in Courtroom C, U.S. Courthouse and Postoffice, Erie, PA.

                                                                S/Nicole M. Kierzek
                                                                Courtroom Deputy Clerk to
                                                                Sean J. McLaughlin, U.S. District Judge

cc: all parties of record