IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-50 Erie |
| | ) |
| JOHN JOSEPH PRICE, JR. | ) |

### O R D E R

AND NOW, to wit, this 10th day of February, 2006, upon consideration of the Government's Motion to Continue Suppress Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the suppress hearing in this case is scheduled for March 8, 2006 at 10:00 a.m.

SEAN J. MCLAUGHLIN
United States District Judge