IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-50 Erie |
| ) | |
| JOHN JOSEPH PRICE, JR. ) | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for an Order Directing the United States Marshal to Pay Witness Fees, Including Transportation Expenses, for Defendant's Witness Deborah Fischer, and the Court finding that the Defendant is represented by the Federal Public Defender's Office and that Deborah Fischer is appearing for the hearing on Defendant's Motion to Suppress on Wednesday, March 8, 2006 at 10:00 a.m., pursuant to a subpoena issued upon the approval of the Court, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that the United States Marshal shall arrange for the defendant's means of transportation to Erie, Pennsylvania, and in addition, the United States Marshal shall furnish the defendant with an amount of money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under §5702(a) of Title 5, United States Code; it is FURTHER ORDERED that such expenses be paid by the United States Marshal out of funds authorized by the Attorney General for such expenses.

_____
SEAN J. McLAUGHLIN
United States District Judge