IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Criminal No. 04-50 erie |
| ) | |
| JOHN JOSEPH PRICE, JR., ) | |
| Defendant. ) | |
| ) | |

**AMENDED ORDER**

     AND NOW, to wit, this __8th__ day of March, 2006,

     IT IS HEREBY ORDERED that the order dated February 10, 2006 granting the government's request to continue Suppression hearing from February 16, 2006 until March 8, 2006, be amended as follows:

     ORDERED that the time period from the date that the original Suppression hearing was scheduled on February 16, 2006 until the actual hearing took place on March 8, 2006 shall be excluded under Title 18 U.S.C. Section 3161(h)(3)(A), since the Court finds this time necessary for the Government to have all witnesses present for the hearing

                                                   Sean J. McLaughlin
                                                   United States District Judge

cc: counsel of record. nmk