IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    Criminal No. 04-50 erie<br>) |
| JOHN JOSEPH PRICE, JR.,<br>    Defendant. | )<br>)<br>) |

**O R D E R**

AND NOW, to wit, this __8th__ day of March, 2006, at the conclusion of the Suppression Hearing held on March 8, 2006, the Defendant having requested to amend his Brief in Support of the Motion to Suppress

IT IS HEREBY ORDERED that the request is granted and that the defendant shall have 14 days from the date the transcript is filed to Amend his Brief

IT IS FURTHER ORDERED that the government file their response to said brief 14 days thereafter

IT IS FURTHER ORDERED that the time period from the date of this order until the government's response is filed shall be excluded under Title 18 U.S.C. Section 3161(h)(8)(f), since the Court finds this time necessary for the Motion to Suppress to be fully briefed.

                                                                Sean J. McLaughlin
                                                                United States District Judge

cc: counsel of record. nmk