# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
_____ )
          Plaintiff        )
                           )
      vs.                  ) No. CR 04-50E
                           )
Robert Price               )
_____  )
          Defendant        )

Post HEARING ON __Mtn to Suppress__

Held on __Thursday, May 4, 2006__

Before Judge __Sean J. McLaughlin__

Christian Trabold, AUSA           Thomas W. Patton, PDA
_____   _____
      Appear for Plaintiff              Appear for Defendant

Hearing begun __10:29 am – 11:37 am__   Hearing adjourned to __1:25 pm – 1:55 pm__

Hearing concluded C.A.V. _____   Stenographer __Ron Bunch__

                                      Clerk __N/A__

### WITNESSES:

For Plaintiff                         For Defendant

Motion to Suppress [Doc No. 25] is DENIED for Reasons set forth on the Record.