# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States
of America
_____
Plaintiff

vs.                          ) No. _CR 04-50_

John Joseph Price
_____
Defendant

**HEARING ON** _Change of Plea_

Held on _Friday  6-16-06_

Before Judge _Sean J. McLaughlin_

Marshall W. Parker

Chris Trabold                    Thomas Patton
_____                  _____
Appear for Plaintiff             Appear for Defendant

Hearing begun _10:25 am_         Hearing adjourned to _10:45 am_

Hearing concluded C.A.V. _____  Stenographer _Sonya Hoffman_

                                  Clerk _Nicole Kuenzel_

### WITNESSES:

For Plaintiff                    For Defendant

Δ sworn; Δ found competent to enter plea
Plea agreement admitted - govt. exhibit
1 attached.
Δ pleads guilty to count one.

Sentencing set for 9-22-06 @ 10:30 am
                                      10:30 am