IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 04-50 ERIE |
| ) | |
| JOHN JOSEPH PRICE, JR., ) | |
| Defendant. ) | |

**PLEA**

AND NOW, the defendant, **JOHN JOSEPH PRICE JR.,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered November 2, 2006, and now pleads GUILTY to Count(s) One (1), in open Court this 16th day of June, 2006

_____
John Joseph Price, Jr., Defendant

_____
Thomas W. Patton, Attorney for Defendant