# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
Plaintiff )
)
vs. ) No. CR 04-50E
)
Robert Price )
)
Defendant )

Post HEARING ON Mtn to Suppress

Held on Thursday, May 4, 2006

Before Judge Sean J. McLaughlin

Christian Trabold, AUSA     Thomas W. Patton, PDA

Appear for Plaintiff     Appear for Defendant

Hearing begun 10:29 am - 11:37 am    Hearing adjourned to 1:25 pm - 1:55 pm

Hearing concluded C.A.V. _____ Stenographer Ron Bunch

Clerk N/A

WITNESSES:

For Plaintiff         For Defendant

Motion to Suppress [Doc No.25] is DENIED for Reasons Set forth on the Record.

DEFENDANT'S
EXHIBIT
A