

| | | |
|---|---|---|
| ecf_intake_pawd@pawd.usc ourts.gov | To | pawd_ecf@pawd.uscourts.gov |
| 05/10/2006 09:22 AM | cc | |
| | bcc | Elizabeth Durkin/PAWF/03/FDO |
| | Subject | Activity in Case 1:04-cr-00050-SJM USA v. PRICE "Notice of Hearing" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Western District of Pennsylvania**

Notice of Electronic Filing

The following transaction was received from nk, entered on 5/10/2006 at 9:18 AM EDT and filed on 5/10/2006

**Case Name:**                                     USA v. PRICE
**Case Number:**                                   1:04-cr-50
**Filer:**
**Document Number:**

**Docket Text:**
TEXT NOTICE OF HEARING as to JOHN JOSEPH PRICE, JR; Change of Plea Hearing set for 6/16/2006 at 10:30 AM in Courtroom C before Judge Sean J. McLaughlin. This is a text only Notice; no PDF document attached; this is an Official Court Notice.(nk)

The following document(s) are associated with this transaction:

**1:04-cr-50-1 Notice will be electronically mailed to:**

Thomas W. Patton      Thomas_Patton@fd.org, John_Townley@fd.org;
Elizabeth_Durkin@fd.org; casemanager@fpdpaw.org

Christian A. Trabold      christian.a.trabold@usdoj.gov, tina.santiago@usdoj.gov;
lisa.nelson@usdoj.gov

**1:04-cr-50-1 Filer will deliver notice by other means to:**

DEFENDANT'S
EXHIBIT
_C_
