# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF PENNSYLVANIA

**1111 RENAISSANCE CENTRE**
**1001 STATE STREET**
**ERIE, PENNSYLVANIA 16501**
PHONE: 814/455-8089
FAX: 814/455-8624

**LISA B. FREELAND**
*Federal Public Defender*

**THOMAS W. PATTON**
*Assistant Federal*
*Public Defender*

September 13, 2006

Honorable Sean J. McLaughlin
United States District Judge
United States Courthouse
17 South Park Row
Erie, PA 16501

      RE:  USA v. John Joseph Price, Jr.
           Criminal No. 04-50 Erie

Dear Judge McLaughlin:

    Enclosed please find a letter written by Mr. Price, who is scheduled for sentencing before you on September 22, 2006 at 10:30 a.m.

    It would be appreciated if you give consideration to this letter, and the information provided within it, in reaching a determination regarding Mr. Price.

    It would be further appreciated if this letter would be made part of the permanent record in the above-captioned matter.

    Thank you for your time, your attention and your consideration.

                  Very truly yours,

                  Thomas W. Patton
                  Assistant Federal Public Defender

TWP/emd
Enclosure
cc:  Christian A. Trabold, AUSA
     Stephen A. Lowers, USPO
     John Joseph Price, Jr.

Judge McLaughlin

My name is John Price and I will be getting
sentenced by you soon. I am writting this letter
to tell you a couple things about me as a person,
and maybe give some information about my addiction.
See your honor, I started using drugs at the age
of twelve just experimenting. Back then it was
nothing serious. It got worse as I got older, by
nineteen I was knee deep in a world of addiction.
The thing I regret the most is the pain I have caused
my family, my wife and my kids. The problem
with a person that continues to use drugs is that
they never really pay attention to the people in their
lives that they hurt. Not until it's allready to late.
This weighs on my heart and for the things that I
have done I am sorry, and in no way will I down
play them. The truth is that I had trouble living
a normal life without drugs, because I allowed
them to become my crutch like so many others do.
I am not a bad person, but in my life I have
made some bad mistakes, and the blame doesn't
go on my parents or anybody else but myself. I
have seen how powerful drugs are and how they
can change a person, but I want to say that I
was a good father to my children for the time
that I was in their lives and that I still have a
close bond with both of them. I hope that never
changes. I know that I can take this situation

as a posetive or a negative and my choice is to work on changing my life for the better. I know that this will not be a simple task but there is a saying that goes, "The journey of a thousand miles starts with one step.", and I believe I have taken that step your honor.

Sincerly,

John Peice JR.

# FEDERAL PUBLIC DEFENDER

### WESTERN DISTRICT OF PENNSYLVANIA

1111 RENAISSANCE CENTRE
1001 STATE STREET
ERIE, PENNSYLVANIA 16501
PHONE: 814/455-8089
FAX: 814/455-8624

CR04-50E

**LISA B. FREELAND**
*Federal Public Defender*

**THOMAS W. PATTON**
*Assistant Federal
Public Defender*

September 21, 2006

Honorable Sean J. McLaughlin
United States District Judge
United States Courthouse
17 South Park Row
Erie, PA 16501

     RE:  USA v. John Joseph Price, Jr.
          Criminal No. 04-50 Erie

Dear Judge McLaughlin:

     Enclosed please find two letters written on behalf of Mr. Price, who is scheduled for sentencing before you on September 27, 2006 at 9:00 a.m.

     It would be appreciated if you give consideration to these letters, and the information provided within them, in reaching a determination regarding Mr. Price.

     It would be further appreciated if the letters would be made part of the permanent record in the above-captioned matter.

     Thank you for your time, your attention and your consideration.

Very truly yours,

Thomas W. Patton
Assistant Federal Public Defender

TWP/emd
Enclosures
cc:  Christian A. Trabold, AUSA
     Stephen A. Lowers, USPO
     John Joseph Price, Jr.



Dear Judge,

My name is Ann, I'm John Price's younger sister. He will be coming in front of you on , Friday
I just wanted to tell you a few things about my brother. He really is a good man, he has alot
of problems that he needs help with, the main one is his addiction to drugs. He went to prison
some time ago and when he was released him and our mother would talk about his addiction and how well he was doing. Our mother was very proud of him for staying clean. Then she got sick and was in the hospital for awhile before she passed on. Then he came here to PA to help me because he knew it was going to be really hard for me to deal with her passing. He was
more worried about me being ok then himself, so he decided to move here. I was very happy because we all had been apart for to long. So he got him and his family a place to live and
started working and doing real well. They were happy. He became a little league baseball coach for his son's team. He was always doing something with the kids  (his, mine & our sisters). All
of them Love him dearly. We all know know the mistakes and very bad choices he has made
 He's not the only one paying the price for his mistakes his whole family is, especially his two
children, Olivia & Daniel. They are the ones who have to live without their dad for awhile. So Please Help him with his drug addiction and not to keep him away from us for to awfully
long. Thank You in advance for helping us.

Sincerely,
Ann M. Vaught

Dear Judge Mc Laughlin,

On Friday 9-22-06 my Son John Price Jr. comes before you for sencencing. I come to you today to say somethings on his behalf . John is a good son , a great father to his two children , and a hard worker unfortunatlly along the road of life like over two million other people in the U.S. he became addicted to meth. As you well know meth. in America is an epidemic . It changes the brain nero path ways and damages it such as declines in reasoning, judgement and motor skills. What person in there right mind would put such chemicals as lie, phosporious,iodine in there body cartianly not a sane person, but after trying meth and becoming addicted REASONING, AND JUDGMENT GO OUT THE DOOR. I believe this happened to my Son

When he was incarserated before he never recieved any programs or was even offered to him and this time when he came to erie prison he asked to go to councelling or A.A he was denied. As Dr. Richard Rawson director of U.C.L.A'S Substance Abuse programs states" without help offered in drug abuse programs the adict had a 90% chance to relpsed" . I feel by not having the support of a recovery group and the education of this powerfull addiction has brought my son, who I love very much before you today. I ask you to concider in your sencing guidelines that John has LOST his business, all his tools, his home,most of his posessons and had been put away from his family who all love him dearley. All because he has a SICKNESS a DIEASE as any 12 step program states. John and I have talked much this past yeay and a half he feels much remorse for what he has put his family thru. He once said " dad I don't know what I was thinking that stuff had such a hold on me". Two months before he was arrested he told me he wanted to quit usuing he said " dad you don't know how hard it is to quit, I am trying I really am". I believe him to have been sincere when he told me that. I am setting up a ministry to go to schools and civic groups to educate people in this area as to THE METH EPEDEMIC that has taken over two thirds of the country. J ohn has expressed a strong desire to work with me in that so your honor please don't keep him in jail very long as I will need his help in that ministry. I am told that you has the final say so in sentconceing all I ask is that you also take in consideration all that I have stated above .    sincerely yours in Christ John price sr.

John Price Sr.

**F.Y.I YOUR HONOR WWW.PBS.ORG/FRONTLINE
HAS A MOST INFORMATIVE PROGRAM ON THE METH
EPIDEMIC . JOHN PRICE SR.**



**RELATED LINKS**

| **The Spread of Meth**
For a look at how meth abuse has increased in each state over a ten-year period (1992-2002), view this map on *The Oregonian*'s site prepared by Derrik Quenzer and Steve Suo.

| **Getting Help**
This site from the U.S. Department of Health and Human Services, provides a map to help you locate substance abuse treatment facilities in your state.

**A Note on Sources:** This map was created using the most recent state information available on meth use and production provided by the 2005 Drug Enforcement Administration state factsheets, the U.S. Department of Health and Human Services Treatment Episode Data Set, and from FRONTLINE research into state laws regulating ephedrine and pseudoephedrine, including a list of recently enacted legislation compiled by the National Alliance for Model State Drug Laws. Special thanks to Steve Suo of The Oregonian for the use of his collected meth statistics.

Received Time Sep. 21.  9:00AM

# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF PENNSYLVANIA

1111 RENAISSANCE CENTRE
1001 STATE STREET
ERIE, PENNSYLVANIA 16501
PHONE: 814/455-8089
FAX: 814/455-8624

LISA B. FREELAND
*Federal Public Defender*

THOMAS W. PATTON
*Assistant Federal
Public Defender*

September 29, 2006

Honorable Sean J. McLaughlin
United States District Judge
United States Courthouse
17 South Park Row
Erie, PA 16501

     RE:  USA v. John Joseph Price, Jr.
          Criminal No. 04-50 Erie

Dear Judge McLaughlin:

    Enclosed please find another letter written on behalf of Mr. Price, who is scheduled for sentencing before you on October 10, 2006 at 1:30 p.m.

    It would be appreciated if you give consideration to this letter, and the information provided within it, in reaching a determination regarding Mr. Price.

    It would be further appreciated if the letter would be made part of the permanent record in the above-captioned matter.

    Thank you for your time, your attention and your consideration.

                            Very truly yours,

                            Thomas W. Patton
                            Assistant Federal Public Defender

TWP/emd
Enclosure
cc:  Christian A. Trabold, AUSA
      Stephen A. Lowers, USPO
      John Joseph Price, Jr.

September 20, 2006

To Whom It May Concern,

I am writing this letter in hopes that some consideration may given in regards to John Price's sentencing. I have known John, on a personal level, for nineteen years. He has two (2) children, Daniel who is a 11 yr. old and Olivia who is a 15yrs old. John has a close and loving relationship with both our children.

John has always been a hard working father and husband. He has never had any problems in achieving any job goals he has set in front of him. He has had a close and loyal involvement in our sons "Little League" team

I do recognize that John has a dependency on drugs and is need of help. I have all the faith that, if given the opportunity, John will surpass it and be able to begin a recovering process.

I have written this letter to let you know how I feel about him and how much faith I have in him. I am only asking that his "sentence" be a fair one. His children have hopes that their father will be in good conditions to at least hear and/or witness their achievements as they grow up and go through life.

I thank you very much for taking the time to read this simple plea from a mother and children of a man behind bars.

Sincerely,

Deborah Fischer
Daniel and Olivia Price