IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>Vs.<br><br>JOHN JOSEPH PRICE, JR.,<br>　　　Defendant. | )<br>)<br>)<br>)  Criminal No. 04-50 erie<br>)<br>)<br>)<br>) |

## **AMENDED JUDGMENT**

　　AND NOW, to wit, this __13th__ day of December, 2006,

　　IT IS HEREBY ORDERED that the Judgement dated October 10, 2006 is hereby amended as follows:

　　　　The Defendant, John Joseph Price, Jr., is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 115 months to run consecutive with his sentence imposed at CR 05-258 in Franklin County, Ohio, Court of Common Pleas

　　FURTHER ORDERED that all other conditions of the Original Judgment remain in full force and effect.



　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge